VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MARGARET G. FOLEY, ESQ.
Nevada Bar No.: 7703
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Donald S. Logay*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD S. LOGAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC., and TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00642-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT TRANS UNION LLC WITH PREJUDICE**<br><br>ECF No. 38 |

Upon agreement between Plaintiff DONALD S. LOGAY ("Plaintiff") and Defendant TRANS UNION LLC ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, TRANS UNION LLC shall be dismissed from this action, with prejudice.

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

///

///

///

///

| | |
|---|---|
| **IT IS SO STIPULATED on this ___ day of August, 2017.** | |
| THE LAW OFFICE OF VERNON NELSON | GORDON & REES LLP |
| /s/ Vernon A. Nelson | /s/ Wing Yan Wong |
| Vernon A. Nelson, Jr., Esq.<br>Nevada Bar No. 6434<br>Margaret G. Foley, Esq.<br>Nevada Bar No.: 7703<br>9480 S. Eastern Avenue, Suite 252<br>Las Vegas, NV 89123<br>Telephone: (702) 476-2500<br>Facsimile: (702) 476-2788<br>Email: vnelson@nelsonlawfirmlv.com<br>Email: mgfoley05@gmail.com<br>*Attorneys for Plaintiff*<br>*Donald S. Logay* | Robert S. Larsen, Esq.<br>Nevada Bar No.: 7785<br>Wing Yan Wong, Esq.<br>Nevada Bar No.: 13622<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Telephone: (702) 577-9300<br>Facsimile: (702) 255-2858<br>Email: rlarsen@gordonrees.com<br>Email: wwong@gordonrees.com<br>*Attorneys for Defendant*<br>*Portfolio Recovery Associates, LLC* |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | SNELL & WILMER L.L.P. |
| /s/ Jason G. Rezvin | /s/ Bradley T. Austin |
| Jason G. Rezvin, Esq.<br>Nevada Bar No.: 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: (702) 893-3383<br>Facsimile: (702) 893-3789<br>Email: jason.revzin@lewisbrisbois.com<br>*Attorneys for Defendant*<br>*Trans Union LLC* | Bradley T. Austin, Esq.<br>Nevada Bar No.: 13064<br>3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email: baustin@swlaw.com<br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* |
| SNELL & WILMER L.L.P. | **ORDER** |
| /s/ Bob L. Olson<br>Bob L. Olson, Esq.<br>Nevada Bar No.: 3783<br>Charles E Gianelloni, Esq.<br>Nevada Bar No.: 12747<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email: cgianelloni@swlaw.com<br>Email: bolson@swlaw.com<br>*Attorneys for Defendant*<br>*Experian Information Services, Inc.* | Based on the parties' stipulation [ECF No. 38] and good cause appearing, IT IS HEREBY ORDERED that **all claims against Trans Union LLC are DISMISSED** with prejudice, each party to bear its own fees and costs.<br><br>_____<br>U.S. District Judge Jennifer Dorsey<br>August 8, 2017 |