VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MARGARET G. FOLEY, ESQ.
Nevada Bar No.: 7703
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Donald S. Logay*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD S. LOGAY,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC., and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00642-JAD-PAL<br><br>**STIPULATION TO CONTINUE HEARING ON PORTFOLIO RECOVERY ASSOCIATES, LLC.'S MOTION TO COMPEL DISCOVERY** |

The Stipulation is entered into by and between the parties, by and through their respective counsel of record, and refers to a continuance of the Hearing (ECF No. 31) for Defendant Portfolio Recovery Associates, LLC.'s Motion to Compel Discovery [ECF 26] presently scheduled for August 10, 2017 at 10:00 a.m.

Plaintiff's counsel requests a continuance of this hearing. Plaintiff's counsel, Vernon Nelson has long-standing, pre-existing plans to be out of town on August 10, 2017.

In light of Plaintiff's counsel's scheduling conflict, the parties HEREBY STIPULATE AND AGREE that the hearing presently scheduled for August 10, 2017 at 10:00 am shall be continued to any of the following dates and times, should the Court be available on any of the following dates and times:

August 14, 2017 before 11:00 a.m.

August 15, 2017 after 2:00 p.m.

August 16, 2017 after 1:00 p.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Logay v. Portfolio, et. al.*
Case No.: 2:17-cv-00642-JAD-PAL
STIPULATION TO CONTINUE HEARING ON PORTFOLIO
RECOVERY ASSOCIATES, LLC.'S MOTION TO COMPEL
DISCOVERY

2

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED that this Court retain jurisdiction to hear all |
| 2 | matters related to or arising from the entry of this this Stipulation. |
| 3 | **IT IS SO STIPULATED.** |
| 4 | |
| 5 | Dated this 8th day of August, 2017 |

| THE LAW OFFICE OF VERNON NELSON | GORDON & REES LLP |
|---|---|
| */s/ Vernon A. Nelson* | */s/ Wing Yan Wong* |
| VERNON A. NELSON, JR. | Robert S. Larsen, Esq. |
| Nevada Bar No. 6434 | Nevada Bar No. 7785 |
| MARGARET G. FOLEY, ESQ. | Wing Yan Wong, Esq. |
| Nevada Bar No.: 7703 | Nevada Bar No. 13622 |
| 9480 S. Eastern Avenue, Suite 252 | 300 South Fourth Street, Suite 1559 |
| Las Vegas, NV 89123 | Las Vegas, NV 89101 |
| T: 702-476-2500 \| F: 702-476-2788 | Telephone: (702) 577-9300 |
| E-Mail: vnelson@nelsonlawfirmlv.com | Direct: (702) 577-9310 |
| *Attorneys for Plaintiff, Donald S. Logay* | Facsimile: (702) 255-2858 |
| | E-Mail: rlarsen@gordonrees.com |
| | wwong@gordonrees.com |
| | *Attorneys for Portfolio Recovery Associates, LLC* |

| SNELL & WILMER L.L.P. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| */s/ Bradley T. Austin* | */s/ Jason G. Revzin* |
| Bradley T. Austin, Esq. | Jason G. Revzin, Esq. |
| Nevada Bar No.: 13064 | Nevada Bar No.: 8629 |
| 3883 Howard Hughes Pkwy, | 6385 S. Rainbow Blvd., Suite 600 |
| Suite 1100 Las Vegas, NV 89169 | Las Vegas, Nevada 89118 |
| Tel: 702-784-5200 | Telephone: (702) 893-3383 |
| Fax: 702-784-5252 | Facsimile: (702) 893-3789 |
| Email: baustin@swlaw.com | Email: jason.revzin@lewisbrisbois.com |
| *Attorneys for Defendant Equifax, Inc.* | *Attorneys for Trans Union LLC* |

*Logay v. Portfolio, et. al.*
Case No.: 2:17-cv-00642-JAD-PAL
STIPULATION TO CONTINUE HEARING ON PORTFOLIO
RECOVERY ASSOCIATES, LLC.'S MOTION TO COMPEL
DISCOVERY

3

SNELL & WILMER L.L.P.

_/s/Bob L. Olson_____
Bob L. Olson, Esq.
Nevada Bar No.: 3783
Charles E. Gianelloni, Esq.
Nevada Bar No.: 12747
3883 Howard Hughes Parkway,
Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
cgianelloni@swlaw.com
*Attorneys for Experian Information Solutions,
Inc. aka Experian Information*

## **ORDER**

**IT IS SO ORDERED.** Per the stipulation of the parties, the Hearing on Motion to Compel Discovery [26] currently scheduled for August 10, 2017 at 10:00 a.m. shall be continued **to August 21, 2017 at 10:30 a.m.** in LV Courtroom 3B before Magistrate Judge Peggy A. Leen.

_____
UNITED STATES MAGISTRATE
Dated: August 9, 2017

CASE NO.: 2:17-cv-00642-JAD-PAL

*Logay v. Portfolio, et. al.*
Case No.: 2:17-cv-00642-JAD-PAL
STIPULATION TO CONTINUE HEARING ON PORTFOLIO
RECOVERY ASSOCIATES, LLC.'S MOTION TO COMPEL
DISCOVERY

4