VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MARGARET G. FOLEY, ESQ.
Nevada Bar No.: 7703
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Donald S. Logay*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE LAW OFFICE OF VERNON NELSON
ATTORNEY AT LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD S. LOGAY,<br><br>            Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC., and TRANS UNION, LLC,<br><br>            Defendants. | Case No.:       2:17-cv-00642-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC WITH PREJUDICE**<br><br>ECF No. 26, 46 |

Upon agreement between Plaintiff DONALD S. LOGAY ("Plaintiff") and Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC shall be dismissed from this action, with prejudice.

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED** this ___ day of August, 2017.

| | |
|---|---|
| THE LAW OFFICE OF VERNON NELSON | GORDON & REES LLP |
| /s/    *Vernon A. Nelson* | /s/   *Wing Yan Wong* |
| VERNON A. NELSON, JR., ESQ. | Robert S. Larsen, Esq. |
| Nevada Bar No.: 6434 | Nevada Bar No. 7785 |
| MARGARET G. FOLEY, ESQ. | Wing Yan Wong, Esq. |
| Nevada Bar No.: 7703 | Nevada Bar No. 13622 |
| 9480 S. Eastern Avenue, Suite 244 | 300 South Fourth Street, Suite 1559 |
| Las Vegas, NV 89123 | Las Vegas, NV 89101 |
| T: 702-476-2500 \| F: 702-476-2788 | Telephone: (702) 577-9300 |
| *Attorneys for Plaintiff Donald Logay* | Facsimile: (702) 255-2858 |
| | E-Mail: rlarsen@gordonrees.com |
| | wwong@gordonrees.com |
| | *Attorneys for Portfolio Recovery Associates, LLC* |
| SNELL & WILMER L.L.P. | SNELL & WILMER, LLP |
| /s/    *Bog L. Olson* | /s/    *Brad T. Austin* |
| Bob L. Olson, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 3783 | Nevada Bar No. 13064 |
| Charles E. Gianelloni, Esq. | 3883 Howard Hughes Pkwy, |
| Nevada Bar No. 12747 | Suite 1100 Las Vegas, NV 89169 |
| V.R. Bohman, Esq. | Tel: 702-784-5200 |
| Nevada Bar No. 13075 | Fax: 702-784-5252 |
| 3883 Howard Hughes Parkway, Suite 1100 | Email: baustin@swlaw.com |
| Las Vegas, NV 89169 | *Attorneys for Defendant Equifax, Inc.* |
| Telephone: (702) 784-5200 | |
| Facsimile: (702) 784-5252 | |
| Email: bolson@swlaw.com | |
| cgianelloni@swlaw.com | |
| *Attorneys for Experian Information Solutions, Inc.* | |

## ORDER

Based on this stipulation [ECF No. 46] and with good cause appearing, IT IS HEREBY ORDERED that **all claims against defendant Portfolio Recovery Associates, LLC are DISMISSED** with prejudice, each party to bear its own fees and costs. Portfolio's motion to compel discovery **[ECF No. 26] is DENIED** as moot.

_____

Jennifer A. Dorsey
U.S. District Judge
August 22, 2017

2