VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MARGARET G. FOLEY, ESQ.
Nevada Bar No.: 7703
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Donald S. Logay*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD S. LOGAY,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC.<br><br>Defendants. | Case No.: 2:17-cv-00642-JAD-PAL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff and Defendants PORTFOLIO RECOVERY ASSOCIATES, LLC. ("PRA"), EXPERIAN INFORMATION SOLUTIONS, INC.[1] ("Experian"), and EQUIFAX INFORMATION SERVICES, LLC. ("Equifax") through their counsel, give notice that all Parties have reached an agreement to settle all claims against PRA, EXPERIAN, and EQUIFAX in this litigation. The Parties are preparing settlement documents which will include a Stipulation for Dismissal with Prejudice and

---

[1] Erroneously named as Experian Information Services, Inc.

an accompanying Order of Dismissal with Prejudice.  The Parties anticipate that the documentation and settlement should be complete within the next sixty (60) days.

Dated this 15th day of August, 2017.

THE LAW OFFICE OF VERNON NELSON

/s/ Vernon A. Nelson
VERNON A. NELSON, JR.
Nevada Bar No. 6434
MARGARET G. FOLEY, ESQ.
Nevada Bar No.:  7703
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV  89123
T: 702-476-2500 |  F: 702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff, Donald S. Logay*

**IT IS ORDERED** that Plaintiff and Defendants Experian Information Services, Inc., and Equifax Information Services, LLC shall have until October 16, 2017, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: August 22, 2017

Peggy A. Leen
United States Magistrate Judge