|   |   |
|---|---|
| 1 | VERNON A. NELSON, JR., ESQ. |
|   | Nevada Bar No.: 6434 |
| 2 | MARGARET FOLEY, ESQ. |
|   | Nevada Bar No.: 7703 |
| 3 | JOHN SKALAK, ESQ. |
|   | Nevada Bar No.: 4385 |
| 4 | THE LAW OFFICE OF VERNON NELSON |

VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MARGARET FOLEY, ESQ.
Nevada Bar No.: 7703
JOHN SKALAK, ESQ.
Nevada Bar No.: 4385
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax : 702-476-2788
Email :vnelson@nelsonlawfirmlv.com
Email: mfoley@nelsonlawfirmlv.com
Email: jskalak@nelsonlawfirmlv.com
*Attorney for Plaintiff Donald S. Logay*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD S. LOGAY,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC., and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00642-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC., AND EXPERIAN INFORMATION SERVICES, INC., WITH PREJUDICE**<br><br>ECF No. 51 |

Upon agreement between Plaintiff DONALD S. LOGAY ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, EQUIFAX INFORMATION SERVICES, LLC., and EXPERIAN INFORMATION SERVICES, INC., shall be dismissed from this action, with prejudice.

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED this 28th day of November, 2017.**

| | |
|---|---|
| THE LAW OFFICE OF VERNON NELSON | SNELL & WILMER L.L.P. |
|   |   |
|   /s/   *Vernon A. Nelson* |   /s/ *Bob L. Olson* |
| VERNON A. NELSON, JR., ESQ. | Bob L. Olson, Esq. |
| Nevada Bar No.: 6434 | Nevada Bar No. 3783 |
| MARGARET G. FOLEY, ESQ. | Charles E. Gianelloni, Esq. |
| Nevada Bar No.: 7703 | Nevada Bar No. 12747 |
| 9480 S. Eastern Avenue, Suite 244 | V.R. Bohman, Esq. |
| Las Vegas, NV 89123 | Nevada Bar No. 13075 |
| T: 702-476-2500 | F: 702-476-2788 | 3883 Howard Hughes Parkway, Suite 1100 |
| *Attorneys for Plaintiff Donald Logay* | Las Vegas, NV 89169 |
| | Telephone: (702) 784-5200 |
| | Facsimile: (702) 784-5252 |
| | Email: bolson@swlaw.com |
| | cgianelloni@swlaw.com |
| | *Attorneys for Experian Information Solutions, Inc.* |

SNELL & WILMER, LLP

  /s/  *Bradley T. Austin*
Bradley T. Austin, Esq.
Nevada Bar No. 13064
3883 Howard Hughes Pkwy,
Suite 1100 Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Defendant Equifax Information Services, LLC.*

## ORDER

Based on the parties' stipulation [ECF No. 51] and good cause appearing, and because the dismissal of the claims against Equifax Information Services, LLC and Experian Information Services, Inc. leaves no claim remaining, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The parties' obligations under the order to show cause [ECF No. 50] are deemed discharged. The Clerk of Court is directed to CLOSE THIS CASE.

                                                    U.S. District Judge Jennifer Dorsey
                                                   November 29, 2017